**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Burton Perlman
United States Bankruptcy Judge**

**Dated: November 12, 2009**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | ) | Case No. 1:09-bk-14915 |
| | ) | |
| James H. Geyer | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | **Hon. Burton Perlman** |
| | ) | U.S. Bankruptcy Judge |

### AGREED ORDER DISMISSING CHAPTER 7 CASE

The U.S. Trustee filed a Motion to dismiss this case on October 22, 2009 [Doc. #37]. The parties are in agreement that this case should be dismissed without prejudice to the Debtor filing another petition, with each party bearing its own costs. No objections or responses filed, good cause appearing, therefore:

**IT IS HEREBY ORDERED** that this case is Dismissed, without prejudice to the Debtor filing another Bankruptcy petition, with each party bearing its own costs.

Agreed to by:

/s/ Douglas N. Hawkins
Douglas N. Hawkins, Esq.
Attorney for the U.S. Trustee


/s/ Norman L. Slutsky by D. Hawkins per authority
Norman L. Slutsky, Esq.
Attorney for the Debtor


/s/ Eileen K. Field by D. Hawkins per authority
Eileen K. Field, Esq.
Chapter 7 Trustee



COPIES TO:

Debtor
Counsel for Debtor
United States Trustee
All creditors

###